OPINION — AG — QUESTION: "WHERE THE COUNTY WITH ESTABLISHED SINKING FUND BUYS REAL PROPERTY INCLUDING THE APPURTENANCES THERETO FROM THE GENERAL SINKING FUNDS, SELLS AND REMOVES THE AFORESAID BUILDINGS MAY THE PROCEEDS THEREFROM BE PLACED IN THE GENERAL FUND?" ANSWER: YES, THE PROCEEDS FROM THE SALE OF THE BUILDING MENTIONED BY YOU SHOULD BE PLACED IN THE GENERAL FUND. CITE: 62 O.S. 1961 335 [62-335] (W. J. MONROE)